In The United States District Court
For The Northern District of Texas
Wichita Falls Division

To: The Clerk

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 30 2019
CLERK, U.S. DISTRICT COURT
by _____ Deputy

Civil Action No. 7:18-CV-00144-O-BP

This is petitioner in the Above styled Cause; officially notifying this Honorable Court of An Address change As follows:

Respectfully Submitted
Anthony B. Wingfield #1896078
James V Allred Unit
2101 F.M 369 N.
Iowa Park, Texas 76367

x [signature]
09-25-19

NORTH TEXAS TX P&DC
DALLAS TX 750
25 SEP 2019 PM 5 L

RECEIVED
SEP 0 2019
U.S. DISTRICT COURT

Legal Mail

Anthony B. Wingfield #1896078
James V Allred Unit
2101 F.M 369 N.
Iowa Park, Texas 76367

To: The Clerk of
United States District Court
Northern District of Texas
1000 Lamar St. Room 203
Wichita Falls, Texas 76301-

76301-343153